UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(SHERMAN DIVISION)

| | |
|---|---|
| STP INVESTMENTS, LLC n/k/a STP FLEX, LLC, ELLIOT PRIGOZEN, and RICHARD SHERIDAN<br><br>                    Plaintiff<br>vs.<br><br>NEOTEK ENERGY, INC.<br><br>                    Defendant | CIVIL ACTION NO.: 4:22cv361 |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

       STP Investments, LLC n/k/a STP Flex, LLC
       Elliott Prigozen, and
       Richard Sheridan

Date. _May 5, 2022_

                                      Larry E. Cotten
                                      State Bar No. 04861600
                                      lcotten@cottenschmidt.com
                                      COTTEN SCHMIDT, L.L.P.
                                      100 Energy Way, Suite 2000
                                      Fort Worth, TX  76102
                                      (817) 338-4500  Telephone
                                      (817) 338-4599  Facsimile