UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(SHERMAN DIVISION)

| | |
|---|---|
| STP INVESTMENTS, LLC n/k/a STP FLEX, LLC, ELLIOT PRIGOZEN, and RICHARD SHERIDAN | |
| Plaintiff | CIVIL ACTION NO.: 4:22cv361 |
| vs. | |
| NEOTEK ENERGY, INC. | |
| Defendant | |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

The Court, having considered Defendant NeoTek Energy Inc.'s Motion to Dismiss, Plaintiffs' Response and Brief in Opposition to Defendant NeoTek Energy Inc.'s Motion to Dismiss, the record and evidence, and the arguments of counsel, is of the opinion that Defendant's Motion should be **DENIED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

SIGNED on this ____ day of _____, 2022.

_____
**JUDGE PRESIDING**